

# KIMMEL & SILVERMAN
P.C.

ROBERT M. SILVERMAN
CRAIG THOR KIMMEL

* Member, PA Bar
* Member, NJ Bar
* Member, DE Bar
* Member, NY Bar
* Member, MA Bar
* Member, MD Bar
* Member, OH Bar
* Member, MI Bar
* Member, NH Bar
* Member, CT Bar
* Member, TN Bar
* Member, WY Bar
* Member, DC Bar

JACQUELINE C. HERRITT
ROBERT A. RAPKIN
AMY L. BENNECOFF
TARA L. PATTERSON
ANGELA K. TROCCOLI
CHRISTINA GILL ROSEMAN
FRED DAVIS
RICHARD A. SCHOLER
W. CHRISTOPHER COMPONOVO
SARAH YOUNG
TIMOTHY J. ABEEL, JR

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
NEW ENGLAND, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380
NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
NEW YORK, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
W. PENNSYLVANIA, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

June 25, 2012

*via Facsimile*

Honorable James M. Munley
United States District Court
    Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

    Re:     Renee Campbell v. NCO Financial Systems, Inc.
              Civil Action No. 3:12-cv-00572-JMM

Dear Judge Munley:

    I am writing to advise that the parties have reached a settlement in the above-captioned matter.

    Plaintiff will be filing a Notice of Voluntary Dismissal within the next ten (10) days upon receiving the executed settlement agreement.

    Thank you for your attention to this matter.

                          Sincerely,

                          /s/ *Craig Thor Kimmel*

                          Craig Thor Kimmel

cc:     Ross S. Enders, Counsel for Defendant

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2010 All Rights Reserved, Kimmel & Silverman, P.C.